UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————X          **22-CV-3171 (ALC) (RWL)**

KIMMARIE NORMAN, Individually and on Behalf
Of All Others Similarly Situated,

                              Plaintiff,


        -vs -                                      **NOTICE OF APPEARANCE**


2038 AMSTERDAM GROCERY & TOBACCO INC.
and 2308 ASSOCIATES LLC,

                              Defendants.

—————————————————————————X

SIR:

        PLEASE TAKE NOTICE, that the Defendant 2308 ASSOCIATES LLC, hereby appears in
the above entitled matter and that the undersigned has been retained as Attorney for said Defendant
and demands that a copy of any and all papers in this matter be served upon the undersigned, at the
office and post office address stated below.

Dated:  July 19, 2022
        New York, NY


                                        Yours/etc.

                                        Harold H. Weisberg, Esq.
                                        Attorney for Defendant
                                        2308 Associates LLC
                                        1665 Lexington Avenue, 1st Fl.
                                        New York, N.Y. 10029
                                        Tel: 917-940-8874
                                        Email: hhw1@verizon.net


To:     Law Offices Of James E. Bahamonde, P.C
        Attorney for Plaintiff
        2501 Jody Court
        North Bellmore, N.Y. 11710
        Tel: (646) 290-8258
        Email: ljames@civilrights.com