UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

KIMMARIE NORMAN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

2038 AMSTERDAM GROCERY & TOBACCO INC. and 2308 ASSOCIATES LLC,

    Defendants.

-------------------------------------------------------------------x

Index No.: 22 cv 03171 ALC

**NOTICE OF APPEARANCE**

SIR

  PLEASE TAKE NOTICE, That defendant 2038 AMSTERDAM GROCERY & TOBACCO INC. hereby appear(s) in the above entitled action, and that the undersigned has been retained as Attorney for said defendant(s) and demand(s) a copy of and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: July 22, 2022
   New York, NY

          Yours, etc.

          ENRIQUE A. LEAL, Esq.
          Attorney for Respondent
          582 West 183 Street
          New York, NY 10033
          212 927 5972