| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------- x<br>**KIMMARIE NORMAM,**<br>　　　　　　　**Plaintiff,**<br>　　　-against-<br>**2038 AMSTERDAM GROCERY &<br>TOBACCO, INC. ET AL.,**<br>　　　　　　　**Defendants.**<br>-------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: October 6, 2022<br><br>22-cv-3171 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The parties shall file a joint status report within one week from the date of this Order. The status report will include whether Plaintiff will be seeking default judgment against Defendants for failure to respond.

**SO ORDERED.**

Dated:　October 6, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Andrew L. Carter, Jr._
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**