UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
KIMMARIE NORMAN, individually            **RULE 7.1 of FEDERAL RULES**
and on behalf of others similarly situated   **OF CIVIL PROCEDURE**

               Plaintiff,                Civil Action No. 22 CV 03171
                                         Judge Andrew L. Carter. Jr.

   - against -

2038 AMSTERDAM GROCERY &
TOBACCO INC. and
2308 ASSOCIATES LLC,

               Defendants.
--------------------------------------------------------x

     PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

     There are no corporate parents, subsidiaries, or affiliates of the Defendant, 2038 AMSTERDAM GROCERY & TOBACCO INC.

Dated: New York, NY
       July 22, 2022

                          2038 AMSTERDAM GROCERY & TOBACCO INC.

                          by _____
                             Enrique A. Leal, Esq. (EL6160)
                             582 West 183rd Street
                             New York, NY 10033
                             Tel.: (212) 927 5972