UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KIMMARIE NORMAN, individually and on behalf of all others similarly situated,

       **Index No.: 22 cv 03171 ALC**

      Plaintiffs,          **RULE 7.1 STATEMENT**

vs.

2038 AMSTERDAM GROCERY & TOBACCO INC.
And 2308 ASSOCIATES LLC,

      Defendants.

------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court, to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant 2308 Associates LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      NONE

Dated: New York, NY

      October 7, 2022

                     *Harold H. Weisberg, Esq.*
                     HAROLD H. WEISBERG, ESQ.
                     Attorney for Defendant
                     2308 Associates LLC
                     1665 Lexington Avenue
                     New York, NY 10029
                     Email Address: hhw1@verizon.net
                     Telephone (917) 940-8874
                     **Attorney Bar Code: 1161058**

October 7, 2022

To: James E. Bahamonde, Esq.
    Attorney for Plaintiff
    2501 Jody Court
    North Bellmore, NY 11710
    Email Address: james@civilrightsny.com
    Telephone (516) 783-9662

    VIA: USDC SD Electronic Pacer Filing System

_____

Harold H. Weisberg, Esq.

CERTIFICATE OF SERVICE

A copy of the foregoing Answer has been served via operation of the Court's electronic filing system this ᵗʰ day of August 2022, upon

Law Offices of James E. Bahamonde, P.C.
Attorneys for Plaitiff

HAROLD H. WEISBERG, ESQ.