**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**KIMMARIE NORMAM,** *individually and on*
*behalf of all others similarly situated***,**

                   **Plaintiff,**

          **-against-**

**2038 AMSTERDAM GROCERY &**
**TOBACCO, INC. AND 2308 ASSOCIATES**
**LLC,**

                **Defendants.**

---------------------------------------------------------- x

        **1:22-cv-3171 (ALC)**

        <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' joint status report at ECF No. 16 indicating that they

parties wish to engage in early settlement negotiations.  Accordingly, the parties are DIRECTED

to provide a further joint letter regarding the status of settlement negotiations by **November 17,**

**2022**.

**SO ORDERED.**

**Dated**:   October 19, 2022
         New York, New York

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**