**MEMO ENDORSED**

Law Offices of
**BAHAMONDE**
501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/22/2022

November 17, 2022

**BY ECF**

Hon. Andrew L. Carter
United States District Court
Southern District of New York
500 Pearl St., Room 1950
New York, NY 10007

     **RE:** *Norman v. 2308 Associates LLC, et al.* 22cv3171 (ALC)(RWL)

Dear Judge Carter:

I write jointly with Defendants (collectively, the "parties") to provide a status report as per the Court's Orders dated October 19, 2022.

Parties have briefly discussed settlement and Plaintiff will conduct a Rule 34 property inspection of Defendants' public accommodation on November 28, 2022. Subsequent to the property inspection, Plaintiff shall serve Defendants with a settlement demand.

Parties proposes filing a status report 30 days after the property inspection; December 28, 2022.

Thank you.

           Respectfully,

           /s/ James E. Bahamonde

           James E. Bahamonde, Esq.

cc: (via ECF)
Enrique A. Leal, Esq.
*Attorneys for 2038 Amsterdam Grocery & Tobacco, Inc.*

Harold H. Weisberg, Esq.
*Attorneys for 2308 Associates LLC*

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
11/22/2022