UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KIMMARIE NORMAM,** *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>-against-<br><br><br>**2308 AMSTERDAM GROCERY 7 TOBACCO, INC. and 2308 ASSOCIATES LLC,**<br><br>        Defendants. | 22-CV-3171 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR.,** United States District Judge:

The parties are directed to file a joint status report by **February 7, 2023**.

**SO ORDERED.**

Dated:  January 31, 2023
        New York, New York

                                                    _____
                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**