UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**KIMMARIE NORMAM,** *individually and on behalf of all others similarly situated*,

          **Plaintiff,**

-against-

**2308 AMSTERDAM GROCERY 7 TOBACCO, INC. and 2308 ASSOCIATES LLC,**

          **Defendants.**

22-CV-3171 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are directed to file a joint status report by **June 2, 2023**.

**SO ORDERED.**

**Dated**:  May 26, 2023
         New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**