```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIMMARIE NORMAM,
*Individually and on behalf of all others
Similarly situated*

                        Plaintiff,

       - against -

2038 AMSTERDAM GROCERY &
TOBACCO, INC., et al.,

                       Defendants.
------------------------------------------------------------X

22-CV-3171 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     On August 24, 2023, the court-appointed mediator issued a report stating that the court-ordered mediation in this case was not held as one or both parties failed, refused to attend, or refused to participate in the mediation. (Dkt. 30.) The parties are instructed to jointly file a status letter with the Court by August 30, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2023
       New York, New York

Copies transmitted this date to all counsel of record.