```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIMMARIE NORMAM,                                            :
Individually and on behalf of all others                    :
Similarly situated                                          :
                                                            :
                                Plaintiff,                  :   22-CV-3171 (AS) (RWL)
                                                            :
                                                            :   ORDER
            - against -                                     :
                                                            :
2038 AMSTERDAM GROCERY &                                    :
TOBACCO, INC., et al.,                                      :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

According to the docket, a first mediation conference occurred on October 10, 2023 and a second mediation conference was scheduled for November 9, 2023. However, the Court has not heard from the parties since they filed a status report on August 31, 2023. (Dkt. 33.) Accordingly, the parties are instructed to jointly file a status letter with the Court by December 8, 2023.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2023
       New York, New York

Copies transmitted this date to all counsel of record.