```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIMMARIE NORMAM,                                            :
                                                            :         22-CV-3171 (AS) (RWL)
                              Plaintiff,                    :
                                                            :
            - against -                                     :         ORDER
                                                            :
2038 AMSTERDAM GROCERY &                                    :
TOBACCO, INC., et al,                                       :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On January 26, 2024, the Court issued an order granting defense counsel Enrique Leal's motion to withdraw as counsel for Defendant 2038 Amsterdam Grocery & Tobacco, Inc. (Dkt. 43.)  In the same order, the Court stayed proceedings for 30 days until February 26, 2024 to provide that Defendant an opportunity to retain new counsel.  The Court reminded that Defendant that, because it is a corporate entity, it can only appear through counsel and cannot appear pro se.  The Court concluded that if no counsel appeared for that Defendant by February 26, 2024, it would be deemed in default.  The Court has not heard from that Defendant, nor another of the other parties, since its January 26, 2024 order.  Defendant 2038 Amsterdam Grocery & Tobacco is in default as of February 26, 2024.  By March 19, 2024, the remaining parties shall meet and confer and file a letter proposing a schedule for completing discovery and resolving this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 12, 2024
        New York, New York

Copies transmitted this date to all counsel of record.