USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/03/2024

Law Offices of
## JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

April 28, 2024

**ECF FILED**

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

    Re: *Norman v. 2308 Associates LLC, et al.* 22cv3171 (AS)(RWL)

Dear Magistrate Judge Lehrburger:

  As counsel for the plaintiff, I hereby submit this letter motion to compel Defendant 2308 Associates LLC to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents, and to appear at a duly noticed deposition. In accordance with Local Civil Rule 37.3, the Plaintiff has diligently undertaken numerous good-faith attempts to amicably settle this discovery dispute before seeking court intervention via emails and a telephone conference.

            Respectfully Submitted,

            /s/ James E. Bahamonde

            James E. Bahamonde

cc:
Harold H. Weisberg, Esq.

> Plaintiff's letter is hardly detailed enough to provide a basis for relief. It does not indicate when discovery requests were served or when responses were due. It does not indicate whether Defendant has failed to respond at all, refused to comply at all, or whether there is some other issue. The request is therefore denied without prejudice to making a well-supported application.
>
> SO ORDERED:
>
> 05/03/2024 /s/
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE