Law Offices of
**JAMES E. BAHAMONDE, P.C.**

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/17/2024
```

June 16, 2024

ECF FILED

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

              Re:    *Norman v. 2308 Associates LLC, et al.*  22cv3171 (AS)(RWL)

Dear Magistrate Judge Lehrburger:

      I represent the above-referenced Plaintiff, and with the defendant's consent, submit this joint letter motion seeking a 10-day extension of time to file a Stipulation of Dismissal and an adjournment of the deadline to reopen.

      On May 20, 2024, the Court issued an Order of Dismissal with the right to reopen the action within 30 days if settlement is not consummated. (*See*, Dkt. #54). Since May 20, 2024, parties have drafted a settlement agreement and distributed it for signatures. Unfortunately, however, the agreement has not yet been fully executed. Consequently, parties respectfully request a 10-day adjournment a time to file a Simulation of Dismissal and an adjournment of the deadline to reopen.

      Thank you.

                                               Respectfully Submitted,

                                               /s/ James E. Bahamonde

                                               James E. Bahamonde

                                               Granted.

cc:
Harold H. Weisberg, Esq.

                                               SO ORDERED:

                                               06/17/2024

                                             HON. ROBERT W. LEHRBURGER
                                             UNITED STATES MAGISTRATE JUDGE